IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL SAMUEL JOHNSON,** | Case No. C 14-1300 CW (PR) |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO CHANGE TIME TO FILE AN ANSWER AND A DISPOSITIVE MOTION |
| v. | |
| **KEVIN CHAPELL, et al.,** | |
| Defendants. | |

    Defendants N. Podolsky, M. Hanna, and M. Davis (Defendants) filed an administrative motion for an order extending their time to file an answer to thirty days after the Court enters an order on Defendants' pending Motion to Revoke Plaintiff's In Forma Pauperis Status (Three Strikes Motion) (Defs.' Mtn. Revoke Pl.'s IFP Status, ECF No. 14.), and the time to file a dispositive motion to sixty days after the Court enters an order on Defendants' pending Three Strikes Motion.

    The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED as follows:

    1.    The time for Defendants to file an answer is extended to thirty days after the Court enters an order on Defendants' pending Three Strikes Motion; and

1

[Proposed] Order Granting Defs.' Mot. Change Time File Ans. & Dispositive Mot.  (C 14-1300 CW (PR))

1      2.    The time for Defendants to file a dispositive motion is extended to sixty days after the Court enters an order on Defendants' pending Three Strikes Motion. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than twenty-eight (28) days from the date the dispositive motion is filed. A reply brief shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

    IT IS SO ORDERED.

Dated: _____10/29/2014_____     _____
                                                                       The Honorable Claudia Wilken

[Proposed] Order Granting Defs.' Mot. Change Time File Ans. & Dispositive Mot. (C 14-1300 CW (PR))