UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>M. HANNA, et al.,<br><br>    Defendants. | Case No.  14-cv-01300-CW<br><br>ORDER DIRECTING DEFENDANTS TO RESEND MOTION TO PLAINTIFF AND ISSUING NEW BRIEFING SCHEDULE |

On October 10, 2014, Defendants filed a motion to revoke Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g).  Plaintiff has not filed an opposition.  However, on November 28, 2014, Plaintiff filed a notice of a change of address.  Because Defendants' motion was sent to Plaintiff's former address, he may not have received it.  Therefore, they are directed to resend the motion to Plaintiff's current address and to file a notice of the date the motion was resent to Plaintiff.  Plaintiff may file an opposition within twenty-eight days from the day the notice is filed.  Defendants may file a reply within fourteen days thereafter.

    IT IS SO ORDERED.

Dated:  December 29, 2014

                                          CLAUDIA WILKEN<br>
                                          United States District Judge