IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

    Plaintiffs,

  v.

M. HANNA, et al.,

    Defendant.

_____/

No. C 14-1300 CW

ORDER REGARDING CASE STATUS

On April 2, 2015, the Court entered an order granting Defendants' motion to revoke Plaintiff's in forma pauperis (IFP) status in this pro se prisoner lawsuit and dismissing the case without prejudice to Plaintiff re-filing it with payment of the $400 filing fee. Docket No. 29. In that order, the Court noted that it had granted Plaintiff's two motions for an extension of time to file an opposition to the motion to revoke, but he had failed to do so. Judgment entered on the same date. Docket No. 30. The Court attempted to serve both documents on Plaintiff by mail. However, the mail was returned as undeliverable. See Docket No. 31. Plaintiff has now sent two letters to the Court. In one letter, Plaintiff seeks appointment of counsel and a further extension of time to respond to Defendants' motion to revoke his IFP status. Docket No. 32. In the other, he seeks information about the status of the case. Docket No. 33.

As noted above, judgment has entered in this case. If Plaintiff believes there are legal grounds to support a motion to vacate the judgment, he may so move. See Fed. R. Civ. Pro. 60. Or, as stated in the order dismissing this case, he may re-file

his complaint with payment of the $400 filing fee.  The Clerk shall serve this order, along with copies of Docket Numbers 29 and 30 on Plaintiff at the return address listed on the envelope from his October 19, 2015 letter.

    IT IS SO ORDERED.

Dated: October 28, 2015

CLAUDIA WILKEN
United States District Judge